**ORIGINAL**



U.S. COURTS

01 MAY 30 PM 4: 14

REC'D_____FILED_____
CAMERON S. BURKE
CLERK          IDAHO

Kim C. Stanger, ISB No. 5783
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREG ALLEN, | Case No. CIV00-676-S-LMB |
| Plaintiff, | WRITTEN STATUS REPORT |
| vs. | |
| UNION CENTRAL LIFE INSURANCE COMPANY, a foreign company, | |
| Defendant. | |

TO: THE HONORABLE LARRY M. BOYLE:

The parties have settled the matter. They are in the process of executing the settlement documents, and anticipate submitting a Stipulation to Dismiss with Prejudice shortly.

DATED THIS 25 day of May, 2001.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Kim C. Stanger ISB No. 5783
Attorneys for Defendant

WRITTEN STATUS REPORT - 1

07464.0002.583533.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _25_ day of May, 2001, I caused to be served a true copy of the foregoing WRITTEN STATUS REPORT by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| John J. Janis<br>HEPWORTH, LEZAMIZ & HOHNHORST<br>537 West Bannock<br>P.O. Box 2582<br>Boise, Idaho 83701 | ✓ U.S. Mail, Postage Prepaid<br>___ Hand Delivered<br>___ Overnight Mail<br>___ Telecopy |

_____
Kim C. Stanger

WRITTEN STATUS REPORT - 2